

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2025

No. 04-25-00368-CV

**IN RE** Camille **MONTE**

Original Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
Lori I. Valenzuela, Justice
H. Todd McCray, Justice

Relator filed her petition for writ of mandamus and motion for stay on June 6, 2025. Having considered the petition, motion, and record filed, the court has determined that Relator is not entitled to the relief requested. TEX. R. APP. P. 52.8(a). Accordingly, the petition for writ of mandamus and the motion for stay are **DENIED**.

It is so **ORDERED** on July 15, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2025.

_Caitlin A. McCamish_
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2023-CI-27084, styled *In the Interest of M.J.C., a Child*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.